Frederick Rex, Appellant, v. Retirement Board of Municipal Employees' Annuity and Benefit Fund of Chicago et al., Appellees.

Gen. No. 47,189.

First District, Second Division.

May 28, 1958.

Released for publication July 1, 1958.

James W. Breen, for plaintiff-appellant; John C. Melaniphy, Corporation Counsel of City of Chicago, and George F. Mulligan, Assistant Corporation Counsel, for defendants-appellees. Opinion by JUSTICE MURPHY. Not to be published in full.